[No. 11429-5-III.     Division Three.     February 23, 1995.]

LEOCADIO G. RAMIREZ, *Appellant*, v. JOHN R. SMITH, ET AL, *Defendants*,

RICHARD A. PETTEE, ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for Benton County, No. 89-2-00383-7, Dennis D. Yule, J., entered April 4, 1991. *Affirmed* by unpublished opinion per Schultheis, J., concurred in by Sweeney, A.C.J., and Munson, J.

[No. 16278-4-II.     Division Two.     February 24, 1995.]

LADESA VERNEL HOSFORD, ET AL, *Appellants*, v. TACOMA GENERAL HOSPITAL, ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for Pierce County, No. 91-2-04876-8, E. Albert Morrison, J., entered July 2, 1992. *Affirmed* by unpublished opinion per Seinfeld, J., concurred in by Morgan, J., Alexander, J. Pro Tem., dissenting.

[No. 32386-5-I.     Division One.     February 27, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. KEITH LEE WHITLING, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 92-1-00992-3, Patricia H. Aitken, J., entered February 9, 1993. *Affirmed* by unpublished opinion per Agid, J., concurred in by Baker, A.C.J., and Becker, J.